**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00531-CV

### JUAN CARLOS FLORES, Appellant

### V.

### CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

We **GRANT** appellees' March 31, 2015 unopposed motion for extension of time to file joint brief and motion to increase word count by 673 words and **ORDER** the brief tendered to the Clerk of the Court April 1, 2015 filed as of the date of this order.

/s/    CRAIG STODDART
         JUSTICE